**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

DWIGHT SPENGLER, as Personal
Representative of the Estate of VERONICA J.
BARKER, Deceased

       Plaintiff,                         Case No. 06-cv-10036

v.

ADT SECURITY SERVICES, INC.,

       Defendants.
_____/

**ORDER REQUIRING DEFENDANT TO DELIVER DOCUMENT**

     Plaintiff contends that the contract he signed was printed in such a way that "[a] copy of the actual form must be seen to fully appreciate the subtle design intended [to] defraud customers." (Plaintiff's "Memorandum in Support of Response to Motion for Summary Disposition" at 19 [Dkt #23].)[1]  He further asserts that in the course of discovery he has only received one copy of the form and that an original copy will be served upon the court at oral argument for Defendant's pending motions.  (*Id.*)  The court, believing that its consideration of this case will benefit from an advance viewing of this form document and that Defendant in the course of its business is in possession of multiple copies of it, will order as follows.

     It is ORDERED that Defendant submit to this chambers two duplicate copies of the above-described form document.  Defendant shall make certain that the court

---

    [1]Because Plaintiff did not create page numbers for the memorandum, the court is referencing the page numbers assigned by its electronic filing system.

receives this document via hand delivery or overnight mail by noon on **Friday, October 6, 2006.**

                                         S/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: October 2, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 2, 2006, by electronic and/or ordinary mail.

                                         S/Lisa G. Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522